# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**DONALD DE LA HAYE,**

   **Plaintiff,**

**v.**                 Case No:  6:18-cv-135-Orl-22GJK

**JOHN C. HITT, DANIEL J. WHITE,
A. DALE WHITTAKER,
MARIBETH EHASZ, MARCOS R.
MARCHENA, ROBERT A. GARVY,
KEN BRADLEY, CLARENCE H.
BROWN, III , JOSEPH CONTE,
NICK LARKINS, JOHN LORD,
ALEX MARTINS, BEVERLY J.
SEAY, WILLIAM SELF, JOHN
SPROULS, DAVID WALSH and
WLLIAM YEARGIN,**

   **Defendants.**

_____

## NOTICE TO COUNSEL

### Ryan D. Walters

  Please review Local Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida for non-resident attorneys.  Note the fourteen (14) day deadline. Please go to www.flmd.uscourts.gov under the Attorney Resources section for further information or call the Clerk's Office for the division in which you will be filing.

  **Motion to Appear Pro Hac Vice:**

  Local Counsel: Please file a Motion to Appear Pro Hac Vice electronically on behalf of the non-resident attorney(s).

               ELIZABETH M. WARREN, CLERK

               s/R. Fermer, Deputy Clerk