**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DONALD DE LA HAYE,

      Plaintiff,

v.                                                        Case No: 6:18-cv-135-Orl-22GJK

JOHN C. HITT, DANIEL J. WHITE, A. DALE WHITTAKER, MARIBETH EHASZ, MARCOS R. MARCHENA, ROBERT A. GARVY, KEN BRADLEY, CLARENCE H. BROWN, III , JOSEPH CONTE, NICK LARKINS, JOHN LORD, ALEX MARTINS, BEVERLY J. SEAY, WILLIAM SELF, JOHN SPROULS, DAVID WALSH and WILLIAM YEARGIN,

      Defendants.

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

\_\_\_\_\_   IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

\_\_X\_\_   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:

/s/ Brian Hoops
---
BRIAN HOOPS
ROETZEL & ANDRESS, LPA
2320 First Street, Suite 1000
Fort Myers, FL  33901
(239) 338-4252
(239) 337-0970 (fax)
bhoops@ralaw.com