**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DONALD DE LA HAYE,**

**Plaintiff,**

**v.** **Case No: 6:18-cv-135-Orl-22GJK**

**JOHN C. HITT, DANIEL J. WHITE, A. DALE WHITTAKER, MARIBETH EHASZ, MARCOS R. MARCHENA, ROBERT A. GARVY, KEN BRADLEY, CLARENCE H. BROWN, III , JOSEPH CONTE, NICK LARKINS, JOHN LORD, ALEX MARTINS, BEVERLY J. SEAY, WILLIAM SELF, JOHN SPROULS, DAVID WALSH and WILLIAM YEARGIN,**

**Defendants.**

# ORDER

This cause came on for consideration without oral argument on the following motion:

**MOTION:** **MOTION FOR ADMISSION PRO HAC VICE (Doc. No. 25)**

**FILED:** **February 8, 2018**

---

**THEREON** it is **ORDERED** that the motion is **DENIED**.

On February 8, 2018, Plaintiff filed a motion (the "Motion") requesting the *pro hac vice* admission of attorneys Jonathan Riches, Matthew R. Miller, Robert Henneke, and Ryan D. Walters. Doc. No. 25. The Motion does not state whether these attorneys are members of the bar of a federal district court. *Id.* at 2. Moreover, the Motion does not address whether such attorneys

made appearances in separate cases to such a degree to constitute the maintenance of a regular practice of law in Florida. *Id.*

Local Rule 2.02(a) states:

> Any attorney who is not a resident of Florida but who is a member in good standing of the bar of any District Court of the United States; outside Florida; may appear specially as counsel of record; without formal or general admission; provided, however, such privilege is not abused by appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in Florida …

Local Rule 2.02(a). Thus, an attorney who is not a Florida resident may appear specially as counsel of record provided that the attorney: 1) is a member in good standing of the bar of any federal district court; and 2) has not made appearances in separate cases to such a degree to constitute the maintenance of a regular practice of law in Florida. *Id.* Because the Motion does not address either of these topics as to each of the above-referenced attorneys, the Motion will be denied.

Considering the foregoing, it is **ORDERED** that the Motion (Doc. No. 25) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on February 14, 2018.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties