## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DONALD DE LA HAYE,**

        **Plaintiff,**

**v.**                                                  Case No:   **6:18-cv-135-Orl-22GJK**

**JOHN C. HITT, DANIEL J. WHITE, A. DALE WHITTAKER, MARIBETH EHASZ, MARCOS R. MARCHENA, ROBERT A. GARVY, KEN BRADLEY, CLARENCE H. BROWN, III , JOSEPH CONTE, NICK LARKINS, JOHN LORD, ALEX MARTINS, BEVERLY J. SEAY, WILLIAM SELF, JOHN SPROULS, DAVID WALSH and WILLIAM YEARGIN,**

        **Defendants.**

_____

# ORDER

    This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE (Doc. No. 33)** |
| **FILED:** | **February 15, 2018** |
| | |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. | |

    The motion to appear *pro hac vice* of Jonathan Riches, Esq., Matthew R. Miller, Esq.,

Robert Henneke, Esq., and Ryan D. Walters, Esq., (Doc. No. 33), is **GRANTED**, provided counsel

**shall register for and use the electronic filing system** and comply with the administrative

procedure as adopted by the Court. After this Order, the Clerk will no longer send copies of docket

entries by U.S. Mail to counsel in this case. Counsel can register for a CM/ECF login password

through the website at www.flmd.uscourts.gov under "CM/ECF." Counsel admitted to appear *pro hac vice* must take the tutorial offered on the website before using the system.

Local counsel, Brian J. Hoops, Esq., fully assumes all responsibilities set forth in Local Rule 2.02, including responsibility for trial in default of the non-resident attorney. If local counsel is unwilling to assume all required responsibilities, a written designation and consent to act by another local attorney must be filed within ten days of the date of this order.

**DONE** and **ORDERED** in Orlando, Florida on February 20, 2018.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties