**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DONALD DE LA HAYE,

    Plaintiff,

vs.                                    Case No. 6:18-cv-135-ORL-22GJK

JOHN C. HITT; DANIEL J. WHITE; A. DALE WHITTAKER; MARIBETH EHASZ; MARCOS R. MARCHENA; ROBERT A. GARVY; KEN BRADLEY; CLARENCE H BROWN, III; JOSEPH CONTE; NICK LARKINS; JOHN LORD; ALEX MARTINS; BEVERLY J. SEAY; WILLIAM SELF; JOHN SPROULS; DAVID WALSH; and WILLIAM YEARGIN,

    Defendants.

_____/

### DEFENDANTS' RESPONSE TO CLERK'S NOTICE TO COUNSEL (W. SCOTT COLE)

Defendants respectfully respond as follows to the Clerk's Notice to Counsel directed to W. Scott Cole, Esq. (Doc. 30):

Mr. Cole serves as Vice President and General Counsel for the University of Central Florida. Although Mr. Cole executed Plaintiff's "Waiver of the Service of a Summons" form on behalf of all Defendants, (Doc. 27, p. 2), we respectfully advise the Court that Mr. Cole is not appearing as counsel of record for Defendants in this action.

Respectfully submitted this 21st day of February, 2018.

                              /s/ *Richard E. Mitchell*
                              RICHARD E. MITCHELL, ESQ.
                              Lead Trial Counsel
                              Florida Bar No.: 0168092
                              rick.mitchell@gray-robinson.com
                              ANDRE V. BARDOS, ESQ.
                              Florida Bar No.: 822671

    andy.bardos@gray-robinson.com
JASON A. ZIMMERMAN, ESQ.
Florida Bar No.: 104392
jason.zimmerman@gray-robinson.com
GRAYROBINSON, P.A.
301 East Pine Street, Suite 1400
Post Office Box 3068 (32802-3068)
Orlando, Florida 32801
(407) 843-8880 Telephone
(407) 244-5690 Facsimile
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of February, 2018, I electronically filed the foregoing with the Clerk of the Court via CM/ECF, which will send a notice of electronic filing to all registered users.

/s/ **Richard E. Mitchell**
Richard E. Mitchell, Esq.