**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DONALD DE LA HAYE,

    Plaintiff,

vs.                        Case No. 6:18-cv-135-ORL-22GJK

DR. DALE WHITTAKER, *et al.*,

    Defendants.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Local Rule 3.08(a), and Part VII.C. of the Court's Case Management and Scheduling Order (ECF No. 41), Plaintiff, DONALD DE LA HAYE and Defendants, DALE A. WHITTAKER, JOHN C. HITT, DANIEL J. WHITE, MARIBETH EHASZ, MARCOS R. MARCHENA, ROBERT A. GARVY, KEN BRADLEY, CLARENCE H. BROWN III, JOSEPH CONTE, NICK LARKINS, JOHN LORD, ALEX MARTINS, BEVERLY J. SEAY, WILLIAM SELF, JOHN SPROULS, DAVID WALSH, AND WILLIAM YEARGIN, (collectively, "the Parties"), hereby jointly stipulate to the following:

    1.    The Parties have amicably resolved all claims, allegations, contentions and disputes that are in any way related to, arising from or based upon any of the transactions or occurrences at issue, alleged or referenced in this action.

    2.    The Parties shall bear their own attorneys' fees, expert fees and costs in any way related to this action.

    3.    The Parties jointly stipulate to the dismissal with prejudice of this entire action.

**EXHIBIT "1"**

**WHEREFORE**, the Parties respectfully request the Court to render an Order dismissing this entire action with prejudice, denying any and all pending motions as moot, and directing the Clerk of Court to close the case.

Respectfully submitted this 2nd day of November, 2018.

 /s/ Joseph Van de Bogart
JOSEPH VAN DE BOGART, ESQ.
Florida Bar No.: 84764
VAN DE BOGART LAW PA
2850 N. Andrews Ave.
Ft. Lauderdale, FL 33311
(954) 567-6032
(954) 568-2152 (fax)
joseph@vandebogartlaw.com
Counsel for Plaintiff

*/s/ Jonathan Riches*
JONATHAN RICHES, ESQ.
AZ Bar No.: 025712
MATT MILLER, ESQ.
AZ Bar No.: 033951
Trial Counsel
Scharf-Norton Center for
Constitutional Litigation at the
GOLDWATER INSTITUTE
500 E. Coronado Rd.
Phoenix, AZ 85004
(602) 462-5000 Telephone
(602) 256-7045 Facsimile
litigation@goldwaterinstitute.org
Counsel for Plaintiff

*/s/ Robert Henneke*
ROBERT HENNEKE, ESQ.
Texas Bar No.:  24046058
RYAN D. WALTERS, ESQ.
Texas Bar No.: 24105085
TEXAS PUBLIC POLICY FOUNDATION
Center for the American Future
901 Congress Avenue
Austin, TX 78701
(512) 472-2700 Telephone
(512) 472-2728 Facsimile
Counsel for  Plaintiff

*/s/ Richard E. Mitchell*
RICHARD E. MITCHELL, ESQ.
Lead Trial Counsel
Florida Bar No.: 0168092
rick.mitchell@gray-robinson.com
ANDRE V. BARDOS, ESQ.
Florida Bar No.: 822671
andy.bardos@gray-robinson.com
GRAYROBINSON, P.A.
301 East Pine Street, Suite 1400
Post Office Box 3068 (32802-3068)
Orlando, Florida 32801
(407) 843-8880 Telephone
(407) 244-5690 Facsimile
Counsel for Defendants

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 2nd day of November, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all registered users.

               ***/s/ Jonathan Riches, Esq.***
               JONATHAN RICHES, ESQ.